UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-313 |
| | § | |
| SAM-LU, INC.; dba THE TAVERN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order (D.E. 9) granting Plaintiff's Unopposed First Amended Motion to Dismiss, the Court enters final judgment dismissing this action with prejudice.

ORDERED this 16th day of December, 2011.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE